```
Steven A. Seick, Attorney at Law
California State Bar No. 144819
110 West C St., Suite 1809
San Diego, CA 92101
(619) 234-6104; e-mail - steveseick@cox.net

Attorney for Hamid Khajeh
```

FILED

2007 DEC 10 PM 2:02

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KWH_____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hamid Khajeh, <br><br> Plaintiff, <br><br> v. <br><br> Michael Chertoff, Secretary, Department of Homeland Security, <br><br> Emilio Gonzalez, Director, United States Citizenship and Immigration Services, <br><br> Paul Pierre, District Director, San Diego District, United States Citizenship and Immigration Services, <br><br> Michael Mukasey, Attorney General of the United States, <br><br> Robert Mueller, III, Director, Federal Bureau of Investigation, <br><br> Defendants. | Civil Case No. 07 CV 2307 BTM AJB <br><br> DHS No. A78-761-455 <br><br> COMPLAINT FOR A WRIT IN THE NATURE OF MANDAMUS |

Plaintiff alleges as follows:

1. Plaintiff Hamid Khajeh is an individual and an applicant for naturalization in the United States. Plaintiff resides within the jurisdiction of this Court. Plaintiff's claim to relief arises under 8 U.S.C. §§ 1421 and 1447(b).

2. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS). Defendant Emilio T. Gonzalez is the Director of the United States Citizenship and Immigration Services (USCIS). Defendant Paul M. Pierre is the District Director of the San Diego District of USCIS. Defendant Peter D. Keisler is the

Acting Attorney General of the United States. Defendant Robert S. Mueller, III, is the Director of the Federal Bureau of Investigation. All defendants are sued in their professional capacities.

3. The Court has jurisdiction of this action pursuant to 8 U.S.C. §§ 1421 and 1447(b), 5 U.S.C. § 701 *et seq.*, and 28 U.S.C. § 2201 *et seq.*, and relief is requested pursuant to these statutes.

4. Plaintiff applied for naturalization on October 12, 2004, pursuant to 8 U.S.C. § 1421 with USCIS. Defendants have a duty to adjudicate this application.

5. USCIS added - without the authority of regulation - a new type of background investigation several years ago to the naturalization process. Called name checks, these investigations involve the review of FBI records based on the full name of the applicant. The FBI conducts the name check through manual and electronic searches of FBI records. USCIS requests FBI name checks for all naturalization applications.

6. Plaintiff's fingerprints and biometrics were taken by USCIS in November, 2004, in order for the FBI to perform criminal and security checks.

7. Plaintiff appeared for a naturalization examination on March 9, 2005. USCIS informed plaintiff that he passed the English, U.S. history, and U.S. government tests. He was further informed, however, that a decision could not be made because the name check had not been completed.

8. Plaintiff has repeatedly inquired of Defendants as to when he will be scheduled for an examination. He has been informed a decision on his application has been delayed as the name check has not been completed.

9. Plaintiff has exhausted his administrative remedies.

10. Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with law.

11. Pursuant to 8 U.S.C. § 1447(b), the plaintiff may apply to the United States District Court for a hearing on the matter. The District Court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate

1  instructions, to USCIS to determine the matter.

2  12. In addition, Defendants are in violation of the Administrative Procedures Act, 5 U.S.C. § 701 *et seq.*, are unlawfully withholding or unreasonably delaying action on plaintiff's application to naturalize by failing to complete the name check, and have failed to carry out the adjudicative functions delegated to them by law with regard to plaintiff's case.

WHEREFORE, plaintiff prays:

A. That the defendants be ordered to promptly adjudicate his case in a time period not to exceed 90 days,

B. For reasonable attorney's fees, and

C. For other relief as the court may deem proper.

//
//
//

Dated: 12/10/07

Steven A. Seick
Attorney for Plaintiff Hamid Khajeh

3

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Hamid Khajeh

San Diego

**DEFENDANTS**
Michael Chertoff, Secretary, Dept. of Homeland Security; Emilio Gonzalez, Director, U.S. Citizenship & Immigration Services; Paul Pierre, District Director, San Diego District, U.S. Citizenship & Immigration Services; Michael Mukasey, U.S. Attorney General; Robert Mueller, III, Director, Federal Bureau of Investigation

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Steven A. Seick, Attorney at Law; (619) 234-6104
110 West C St., Suite 1809; San Diego, CA 92101

Attorneys (If Known) **'07 CV 2307 BTM AJB**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
8 USC §1421(c) and 8 USC §1447(b)

Brief description of cause:
Defendants have failed or refused to adjudicate plaintiff's naturalization application within 120 days.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE 12/10/07
SIGNATURE OF ATTORNEY OF RECORD  /s/ Steven A. Seick

**FOR OFFICE USE ONLY**
RECEIPT # 14532  AMOUNT 350.-  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____
12/10/07

```
        UNITED STATES
        DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

     # 145327      - SR

     December 10, 2007
          14:05:51


       Civ Fil Non-Pris
  USAO #.: 07CV2307 CIV. FIL.
  Judge..: BARRY T MOSKOWITZ
  Amount.:              $350.00 CC



     Total-> $350.00



  FROM: KHAJEH  V. CHERTOFF, ET AL
        CIVIL FILING
```