Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 DEC 10 PM 2:08
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____K/NIX_____ DEPUTY

Hamid Khajeh

vs

Michael Chertoff, Secretary, Department of Homeland Security
Emilio Gonzalez, Director, United States Citizenship and
    Immigration Services
Paul Pierre, District Director, San Diego District, United
    States Citizenship and Immigration Services
Michael Mukasey, Attorney General of the United States
Robert Mueller, III, Director, Federal Bureau of Investigation

SUMMONS IN A CIVIL ACTION

Case No.

'07 CV 2307 BTM AJB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Steven A. Seick
110 West C St., Suite 1809
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
K. HAMMERLY, CLERK

DEC 1 0 2007
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)