KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California Bar No. 230329
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7120
Facsimile: (619) 557-5004
E-mail: Megan.Callan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID KHAJEH,<br><br>              Plaintiff,<br><br>       v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILO GONZALEZ, Director, United States Citizenship and Immigration Services; PAUL PIERRE, District Director, U.S. Citizenship and Immigration Services, San Diego District; MICHAEL B. MUKASEY, Attorney General of the United States; and ROBERT MUELLER, Director, Federal Bureau of Investigation,<br><br>              Defendants. | Case No. 07cv2307-BTM (AJB)<br><br>JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING<br><br>[FED.R.CIV.P. 6(b)(1)] |

   COME NOW THE PARTIES, Plaintiff Hamid Khajeh, by and through his counsel, Steven Seick, and Defendants Michael Chertoff, Secretary, U.S. Department of Homeland Security, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Megan Callan, Assistant United States Attorney, and hereby jointly move the Court to extend the time for filing of Defendants' responsive pleading until April 10, 2008.

//

//

//

1    Plaintiff applied for naturalization under 8 U.S.C. § 1421 et seq. on or about October 12, 2004.
2 Plaintiff complains that Defendants have failed to process his application in a timely manner and prays
3 this Court order the adjudication of his application.

4    In an effort to address Plaintiff's Complaint extrajudicially and without waiving Defendants'
5 rights to defend the causes of actions and allegations, including the right to file any FED. R. CIV. P. 12
6 motions to dismiss, the parties now jointly request that the Court extend the date upon which Defendants'
7 responsive pleading is due until **April 10, 2008**. The parties have not previously requested an extension
8 of time. The parties jointly request this extension as the adjudication of Plaintiff's application is
9 currently ongoing, and the parties believe that the application can be resolved without judicial
10 intervention.

11    Based upon the foregoing, it is respectfully requested that the Court enter an order, under
12 FED. R. CIV. P. 6(b)(1), expanding the time for the filing of Defendants' responsive pleading to
13 **April 10, 2008.**

14

15 Dated:         January 23, 2008            s/ Steven Seick
                                              Attorney for Plaintiff
16                                            E-Mail: steveseick@cox.net

17    Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
18 of the United States District Court for the Southern District of California, I certify that the content of this
19 document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Steven
20 Seick to affix his electronic signature to this document.

21
22 Dated:         January 23, 2008            Respectfully Submitted,

                                              KAREN P. HEWITT
23                                            United States Attorney

24                                             s/Megan Callan

25                                            MEGAN CALLAN
                                              Assistant U.S. Attorney
26                                            Counsel for Defendants
                                              Email: Megan.Callan@usdoj.gov
27
28

```
 1  KAREN P. HEWITT
    United States Attorney
 2  MEGAN CALLAN
    Assistant U.S. Attorney
 3  California Bar No. 230329
    U.S. Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, CA 92101-8893
 5  Telephone: (619) 557-7120
    Facsimile: (619) 557-5004
 6  E-mail: Megan.Callan@usdoj.gov
 7
 8                      UNITED STATES DISTRICT COURT
 9                     SOUTHERN DISTRICT OF CALIFORNIA
10
11  HAMID KHAJEH,                   )   Case No. 07cv2307-BTM (AJB)
                                    )
12               Plaintiff,         )
                                    )   CERTIFICATE OF SERVICE
13        v.                        )
                                    )
14  MICHAEL CHERTOFF, Secretary,    )
    Department of Homeland Security;)
    et al.,                         )
15                                  )
                 Defendants.        )
16  _____)
```

17  IT IS HEREBY CERTIFIED THAT:

18      I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

19

20      I am not a party to the above-entitled action. I have caused service of: JOINT MOTION TO EXTEND TIME TO FILE DEFENDANTS' RESPONSIVE PLEADING on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which

21  electronically notifies them.

22      Steven Seick
        Attorney for Plaintiff
23      steveseick@cox.net

24      I declare under penalty of perjury that the foregoing is true and correct.

25      Executed on January 23, 2008.

26                                             s/ Megan Callan
                                                 Megan Callan

27

28