UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID KHAJEH,<br><br>                Plaintiff,<br><br>       v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILO GONZALEZ, Director, United States Citizenship and Immigration Services; PAUL PIERRE, District Director, U.S. Citizenship and Immigration Services, San Diego District; MICHAEL B. MUKASEY, Attorney General of the United States; and ROBERT MUELLER, Director, Federal Bureau of Investigation,<br><br>                Defendants. | Case No. 07cv2307-BTM (AJB)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING<br><br>[Document No. 3] |

Having considered the parties' Joint Motion to Extend Time to File Responsive Pleading (Docket No. 3) and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that Defendants shall respond to Plaintiff's Complaint on or before April 20, 2008.

**It is so ordered.**

DATED: January 28, 2008

*Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge