1  Steven A. Seick, Attorney at Law
   California State Bar No. 144819
2  110 West C St., Suite 1809
   San Diego, CA 92101
3  (619) 234-6104; e-mail - steveseick@cox.net

4  Attorney for Hamid Khajeh

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hamid Khajeh, ) | Civil No. 07cv2307 BTM (AJB) |
| Plaintiff, ) | DHS No. A78-761-455 |
| v. ) | CERTIFICATE OF SERVICE |
| Michael Chertoff, Secretary, Department of Homeland Security, ) | |
| Emilio Gonzalez, Director, United States Citizenship and Immigration Services, ) | |
| Paul Pierre, District Director, San Diego District, United States Citizenship and Immigration Services, ) | |
| Michael Mukasey, Attorney General of the United States, ) | |
| Robert Mueller, III, Director, Federal Bureau of Investigation, ) | |
| Defendants. ) | |

I, Steven A. Seick, attorney for plaintiff Hamid Khajeh, declare under penalty of perjury that I am a citizen of the United States, a resident of San Diego County, California, over the age of eighteen years, with the business address of 110 West C St., Suite 1809, San Diego, CA, and not a party to this action, and that I served plaintiff's Complaint for a Writ in the Nature of Mandamus and Summons in a Civil Action on December 11, 2007, as follows:

//
//

1  By personal delivery to:

2  U.S. Department of Justice
   Office of the U.S. Attorney
3  101 West Broadway, Suite 1500
   San Diego, CA 92101

4

5  By placing a copy in a separate envelope, with postage for certified mail fully prepaid, for each addressee named below and depositing each with the U.S. Postal Service at San Diego, California:

6

7  Michael Mukasey
   Attorney General
8  U.S. Department of Justice
   950 Pennsylvania Ave., NW
9  Washington, D.C. 20530-0001

10 Michael Chertoff
   Secretary
11 Department of Homeland Security
   Washington, D.C. 20528

12
   Paul Pierre
13 District Director
   San Diego District, USCIS
14 880 Front St., Room 1234
   San Diego, CA 92101

15
   Emilio Gonzalez
16 Director, USCIS
   20 Massachusetts Ave, NW
17 Washington, D.C. 20529

18 Robert Mueller, III
   Director, Federal Bureau of Investigation
19 J. Edgar Hoover Building
   935 Pennsylvania Ave., NW
20 Washington, D.C. 20535

21 Attached are copies of the certified mail receipts and domestic return receipts for all the defendants except Robert Mueller, III, Director of the FBI. The domestic return receipt
22 for Director Mueller was not received by me, so I have attached confirmation from the U.S. Postal Service that delivery was made.
23 //

24 Dated: January 30, 2008        s/ Steven A. Seick
                                  Steven A. Seick
25                                Attorney for Plaintiff Hamid Khajeh

26

27

28

2