**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General Michael Mukasey
   U.S. Department of Justice
   950 Pennsylvania Ave., NW
   Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   DEC 17 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7007 1490 0004 7649 4837

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $0.97 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.77 |

Postmark: DEC 11 2007, GEORGE WASHINGTON POST OFFICE

Sent To: Attorney General Michael Mukasey
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave. NW
City, State, ZIP+4: Washington D.C. 20530-0001

7007 1490 0004 7649 4837

PS Form 3800, August 2006    See Reverse for Instructions

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _John Houston_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_John Houston_ |
| 1. Article Addressed to:<br><br>District Director Paul Pierre<br>San Diego District, USCIS<br>880 Front St., Room 1234<br>San Diego, CA 92101 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>DEC 13 2007<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0004 7648 6849 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $0.97 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.77 |

Postmark: DEC 11 2007

Sent To: USCIS Dist. Dir. Paul Pierre
Street, Apt. No.; or PO Box No.: 880 Front St., Room 1234
City, State, ZIP+4: San Diego, CA 92101

7007 1490 0004 7648 6849

PS Form 3800, August 2006    See Reverse for Instructions

| E THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 2, and 3. Also complete<br>Delivery is desired.<br>l address on the reverse<br>n the card to you.<br>he back of the mailpiece,<br>pace permits.<br><br>o:<br><br>zalez<br>CIS<br>usetts Ave., NW<br>D.C. 20529 | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): DHS   C. Date of Delivery: 12/15/07<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |

service label)   7007 1490 0004 7649 4820

February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | $0.97 | 0102 |
| Certified Fee | | $2.65 | |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here — DEC 11 2007 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.77 | |

Sent To: Emilio Gonzalez, Dir. USCIS
Street, Apt. No.; or PO Box No.: 20 Massachusetts Ave. NW
City, State, ZIP+4: Washington, D.C. 20529

PS Form 3800, August 2006   See Reverse for Instructions

7007 1490 0004 7649 4820



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0004 7649 4844**
Status: **Delivered**

Your item was delivered at 3:21 AM on December 17, 2007 in WASHINGTON, DC 20535.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☒ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>DEC 2 6 2007 |
| 1. Article Addressed to:<br><br>Secretary Michael Chertoff<br>Department of Homeland Security<br>Washington, D.C. 20528<br><br>SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0004 7649 4806 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | $0.97 | 0102 |
| Certified Fee | | $2.65 | |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here DEC 11 2007 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.77 | |

Sent To: Secretary Michael Chertoff
Street, Apt. No.; or PO Box No.: Dept. of Homeland Security
City, State, ZIP+4: Washington, D.C. 20528

Article Number: 7007 1490 0004 7649 4806

PS Form 3800, August 2006    See Reverse for Instructions