1  KAREN P. HEWITT
   United States Attorney
2  MEGAN CALLAN
   Assistant U.S. Attorney
3  California Bar No. 230329
   U.S. Attorney's Office
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-7120
   Facsimile: (619) 557-5004
6  E-mail: Megan.Callan@usdoj.gov

7  Attorneys for Defendants

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

11 HAMID KHAJEH,                        )    Case No.  07cv2307-BTM (AJB)
                                        )
12            Plaintiff,                )
                                        )
13       v.                             )    JOINT MOTION TO REMAND TO USCIS
                                        )
14 MICHAEL   CHERTOFF,   Secretary,)
   Department of Homeland Security; EMILO)
15 GONZALEZ, Director, United States)
   Citizenship  and  Immigration  Services;)
16 PAUL  PIERRE, District Director, U.S.)
   Citizenship and Immigration Services, San)
17 Diego District; MICHAEL B. MUKASEY,)
   Attorney General of the United States; and)
18 ROBERT MUELLER, Director, Federal)
   Bureau of Investigation,             )
19                                      )
              Defendants.               )
20 _____ )

21       COME NOW THE PARTIES, Plaintiff Hamid Khajeh, by and through his counsel, Steven Seick,

22 and Defendants Michael Chertoff, Secretary, U.S. Department of Homeland Security, et al., by and

23 through their counsel, Karen P. Hewitt, United States Attorney, and Megan Callan, Assistant United

24 States Attorney, and hereby jointly move the Court to remand this case to United States Citizenship &

25 Immigration Services ("USCIS").

26 //

27 //

28 //

1        Plaintiff applied for naturalization under 8 U.S.C. § 1421 <u>et</u> <u>seq</u>. on or about October 12, 2004.

2  Plaintiff complains that Defendants have failed to process his application in a timely manner and prays

3  this Court order the adjudication of his application.

4        The Federal Bureau of Investigation ("FBI") informed Plaintiff through counsel that his FBI

5  background check is complete, therefore any claims against the FBI are now moot.  USCIS informed

6  Plaintiff through counsel that USCIS is prepared to adjudicate his application.  Remand to USCIS is

7  required in order for the agency to adjudicate. *See United States v. Hovsepian*, 359 F.3d 1144, 1160-61

8  (9th Cir. 2004) (en banc).

9        Therefore, the parties jointly request that the Court remand this case to USCIS for adjudication.

10  Based upon the foregoing, it is respectfully requested that the Court enter an order remanding this case

11  to USCIS.

12

13  Dated:          March 17, 2008               s/ Steven Seick
                                                            Attorney for Plaintiff

14                                                            E-Mail: steveseick@cox.net

15        Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures

16  of the United States District Court for the Southern District of California, I certify that the content of this

17  document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Steven

18  Seick to affix his electronic signature to this document.

19
    Dated:          March 17, 2008             Respectfully Submitted,

20
                                             KAREN P. HEWITT

21                                         United States Attorney

22                                       s/ Megan Callan

23                                       MEGAN CALLAN
                                           Assistant U.S. Attorney

24                                         Attornyes for Defendants
                                           Email: Megan.Callan@usdoj.gov

25

26

27

28

            07cv2307

1  KAREN P. HEWITT
   United States Attorney
2  MEGAN CALLAN
   Assistant U.S. Attorney
3  California Bar No. 230329
   U.S. Attorney's Office
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-7120
   Facsimile: (619) 557-5004
6  E-mail: Megan.Callan@usdoj.gov

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  HAMID KHAJEH,                      )    Case No.  07cv2307-BTM (AJB)
                                       )
12                Plaintiff,           )
                                       )    CERTIFICATE OF SERVICE
13        v.                           )
                                       )
14  MICHAEL   CHERTOFF,   Secretary,)
    Department of Homeland Security; et al.,   )
15                                     )
                  Defendants.          )
16  _____ )

17  IT IS HEREBY CERTIFIED THAT:

18      I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My
    business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
19
        I am not a party to the above-entitled action.  I have caused service of: JOINT MOTION TO
20  REMAND TO USCIS on the following party by electronically filing the foregoing with the Clerk of the
    District Court using its ECF System, which electronically notifies them.
21
        Steven Seick
22      Attorney for Plaintiff
        steveseick@cox.net
23
        I declare under penalty of perjury that the foregoing is true and correct.
24
        Executed on March 17, 2008.
25
                                       s/ Megan Callan
26                                     Megan Callan

27

28

                                       3                           07cv2307