UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID KHAJEH, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILO GONZALEZ, Director, United States Citizenship and Immigration Services; PAUL PIERRE, District Director, U.S. Citizenship and Immigration Services, San Diego District; MICHAEL B. MUKASEY, Attorney General of the United States; and ROBERT MUELLER, Director, Federal Bureau of Investigation, <br><br> Defendants. | Case No. 07cv2307-BTM (AJB) <br><br> ORDER GRANTING JOINT MOTION TO REMAND TO U.S.C.I.S. <br><br> [Document No. 6] |

Having considered the parties' Joint Motion to Remand to USCIS (Docket No. 6) and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that the above-captioned case is REMANDED to United States Citizenship & Immigration Services. This Court does not retain jurisdiction over the matter.

**It is so ordered.**

DATED: March 25, 2008

*Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge